IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISAIAH JOSEPH BRUEGGEN,

    Plaintiff,

v.

LA CROSSE COUNTY JAIL, et al.

    Defendants.

ORDER

Case No. 24-cv-477-jdp

    Plaintiff Isaiah Joseph Brueggen, an inmate in the custody of the La Crosse County Jail in La Crosse, Wisconsin, has submitted a certified trust fund account statement for the six-month period preceding the filing of a complaint in support of plaintiff's motion for leave to proceed without prepaying the filing fee. Using information from the account statement, it appears that plaintiff presently has no means with which to pay the filing fee or make an initial partial payment. Accordingly, the court will grant plaintiff's motion to proceed without prepaying the filing fee and will not assess an initial partial payment.

    Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation even if this court ultimately determines that the complaint cannot go forward. *See* 28 U.S.C. § 1915(b)(2).

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Isaiah Joseph Brueggen for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 16th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge